

**IT IS ORDERED as set forth below:**

**Date: October 2, 2013**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Jessica Lonetta Belton, | ) | |
| Debtor. | ) | CASE NO. 12-42863 - MGD |

**ORDER GRANTING DEBTOR'S MOTION TO
RETAIN EXCESS INSURANCE PROCEEDS**

On August 20, 2013, Debtor filed a Motion to Retain Excess Insurance Proceeds ("Motion") (Doc. No. 48) because Debtor's 2009 Kia Rio Sedan ("the Vehicle") was declared a total loss as a result of an automobile accident that occurred on or about June 21, 2013. As a result of the total loss, Debtor's insurance company, American Family Insurance ("American Family"), has extended a net total loss settlement offer in the amount of $7,108.00. The payoff owed to Fidelity Bank for the Vehicle is $5,808.71, leaving excess insurance proceeds in the

amount of $1,831.85. Debtor proposes to retain the insurance proceeds to purchase a replacement vehicle. Upon Notice, the Motion was set for hearing September 25, 2013. No party in interest appeared in opposition to the Debtor's Motion; therefore, it is hereby

**ORDERED** that the Motion is GRANTED:  Debtor is allowed to retain the excess insurance proceeds in the amount of $1,831.85. Debtor shall use the excess insurance proceeds to purchase a replacement vehicle and shall not incur any new debt without permission of this Court.

**IT IS FURTHER ORDERED** that within thirty (30) days of this Order, Debtor shall remit to the Chapter 13 Trustee a copy of the bill of sale, evidencing proof of purchase, for the replacement vehicle.

**[END OF DOCUMENT]**

Prepared By:

/s/_____
John Brookhuis, Attorney for Debtor
Georgia Bar Number 940484
215 Pryor Street
Atlanta, GA 30303
404-524-6400
notices@kingkingllc.com

No Opposition:


___/s/_____*with express permission*
K. Edward Safir
GA Bar Number 622149
Office of Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303
Staff Attorney

## DISTRIBUTION LIST

King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

Jessica Lonetta Belton
63 Cabana Ct
Dallas, GA 30132

Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303